JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN LAWRENCE,<br><br>        Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania corporation; and DOES 1 to 10, inclusive,<br><br>        Defendants. | Case No. CV15-170 DSF (PJWx)<br><br>**JUDGMENT** |

    This matter came before the Court on November 10, 2015 for a court trial on the administrative record. Having found in favor of the defendant,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed with prejudice, and that defendant recover its costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: 11/12/15

*Dale S. Fischer*

Dale S. Fischer
United States District Judge